UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

La'Vario Wiley,

Plaintiff

v.

National Collegiate Athletic Association,

Defendant

Case No. 2:26-cv-02281-CDS-MDC

**Order Setting Hearing on Plaintiff's Emergency Motions**

Plaintiff La'Vario Wiley initiated this action against the National Collegiate Athletic Association by filing an emergency motion for temporary restraining order (TRO) and an emergency motion for preliminary injunction. ECF Nos. 5, 6. Having reviewed the motions, it is ordered that the parties must appear for a hearing on August 10, 2026, at 11:00 a.m. in LV Courtroom 6B.

Although a TRO may sometimes be issued ex parte, there are "very few circumstances justifying the issuance of an ex parte TRO." *See Reno Air Racing Ass'n, Inc. v. McCord*, 452 F.3d 1126, 1131 (9th Cir. 2006). Further, courts "may issue a preliminary injunction only on notice to the adverse party." *Cal. ex rel. Van De Kamp v. Tahoe Reg'l Planning Agency*, 766 F.2d 1319, 1322 (9th Cir. 1985) (citing Fed. R. Civ. P. 65)). Therefore, it is further ordered that Wiley must serve a copy of the motions on the defendant and file proof of service by August 5, 2026.

Dated: July 29, 2026

Cristina D. Silva
United States District Judge